IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES EDWARD GRANT,

    Petitioner,                          JUDGMENT IN A CIVIL CASE

v.                                          Case No. 14-cv-756-jdp

SHELLY J. RUSCH,

    Respondent.

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent dismissing James Grant's petition for a writ of habeas corpus under 28 U.S.C. § 2254 without prejudice for his failure to exhaust his state court remedies.

    /s/                                                                     2/2/2016

    Peter Oppeneer, Clerk of Court                      Date